In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00460-CR
_____

CODY DEMAL ANDREWS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 11-12881

MEMORANDUM OPINION

Cody Demal Andrews pleaded guilty under a plea agreement to the offense of robbery. *See* Tex. Penal Code Ann. § 29.02 (West 2011). The trial court deferred adjudication of guilt, assessed a fine of $500, and placed Andrews on unadjudicated community supervision for ten years. The State filed a motion to revoke community supervision. Andrews pleaded "true" to violations of his supervision. Finding Andrews violated the terms of his community supervision, the

1

trial court revoked Andrews's supervision, adjudicated his guilt, and sentenced him to twenty years in prison.

Andrews's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Andrews to file a *pro se* response. We received no response from Andrews.

We have independently reviewed the clerk's record and reporter's record to determine whether there are arguable grounds which might support an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826-28 (Tex. Crim. App. 2005); *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). We have found none. Therefore, it is unnecessary to order appointment of new counsel to rebrief Andrews's appeal. *See Bledsoe*, 178 S.W.3d at 826-28; *compare Stafford*, 813 S.W.2d at 511.

We affirm the trial court's judgment.

AFFIRMED.

_____
LEANNE JOHNSON
Justice

Submitted on April 1, 2014
Opinion Delivered May 7, 2014
Do Not Publish
Before McKeithen, C.J., Kreger and Johnson, JJ.